JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL H. AVINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT M. CASEY; GERONIMO LOPEZ, JR; CITY OF CULVER CITY; DOES 1 through 10,<br><br>　　　　Defendants. | Case No. **CV 15-1362-JFW (AJWx)**<br><br>**JUDGMENT** |

　　The Court, having granted the Defendants' Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

　　IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

　　1.　Plaintiff Gabriel H. Avina shall recover nothing from any of the named Defendants;

　　2.　Defendants Robert M. Casey, Geronimo Lopez, Jr., and City of Culver City shall have judgment in their favor on

Plaintiff Gabriel H. Avina's entire action; and

    3.  Defendants Robert M. Casey, Geronimo Lopez, Jr., and City of Culver City shall recover from Plaintiff Gabriel H. Avina their costs of suit in the sum of $_____.

Dated: October 28, 2015          _____
                                        JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE